UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-7182**

―――――――――――

DEREK MARQUIS FLEMING,

Plaintiff - Appellant,

versus

D. E. GAINES, Police Officer at Greensboro
Police Department; SYLVESTER DAUGHTRY, Chief
of Police, Greensboro Police Department,

Defendants - Appellees,

and

GREENSBORO POLICE DEPARTMENT,

Defendant.

―――――――――――

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro. James A. Beaty, Jr.,
District Judge. (CA-94-225)

―――――――――――

Submitted: November 21, 1996          Decided: December 6, 1996

―――――――――――

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Derek Marquis Fleming, Appellant Pro Se. Lindsay Reeves Davis,
Jr., NICHOLS, CAFFREY, HILL, EVANS & MURRELLE, Greensboro, North
Carolina, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Fleming v. Gaines</u>, No. CA-94-225 (M.D.N.C. May 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>